FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 04 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF MINNESOTA,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>DONALD J. TRUMP, President of the United States; et al.,<br><br>        Defendants-Appellants. | No.   17-35105<br><br>D.C. No. 2:17-cv-00141<br>Western District of Washington, Seattle<br><br>ORDER |

Before: CANBY and FRIEDLAND, Circuit Judges.

The court has received appellants' emergency motion (Docket Entry No. 14). Appellants' request for an immediate administrative stay pending full consideration of the emergency motion for a stay pending appeal is denied.

Appellees' opposition to the emergency motion is due Sunday, February 5, 2017 at 11:59 p.m. PST. Appellants' reply in support of the emergency motion is due Monday, February 6, 2017 at 3:00 p.m. PST.

MOATT