**FILED**

UNITED STATES COURT OF APPEALS

FEB 5 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| STATE OF WASHINGTON; STATE OF MINNESOTA, | No. 17-35105 |
|---|---|
| Plaintiffs-Appellees, | D.C. No. 2:17-cv-00141 Western District of Washington, Seattle |
| v. | |
| DONALD J. TRUMP, President of the United States; et al., | ORDER |
| Defendants-Appellants. | |

Due to regularly scheduled maintenance of the court's electronic filing system (CM/ECF) on Sundays from 10:00 p.m. until midnight, appellees may file their opposition to the pending emergency motion no later than 1:00 a.m. P.S.T on Monday, February 6, 2017. Appellees' reply remains due on Monday, February 6, 2017 at 3:00 p.m. P.S.T.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

MOATT