No. 17-35105

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STATE OF WASHINGTON; STATE OF MINNESOTA,
*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP, President of the United States, et al.,
*Defendants-Appellants*.

Appeal from the United States District Court
Western District of Washington, Seattle
D.C. No. 2:17-cv-00141-JLR

**AMERICAN CIVIL LIBERTIES UNION AND ACLU OF
WASHINGTON'S MOTION FOR LEAVE TO FILE BRIEF AS
*AMICI CURIAE***

Emily Chiang, WSBA No. 50517
ACLU OF WASHINGTON
FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
(206) 624-2184
echiang@aclu-wa.org

Daniel Mach
Heather L. Weaver
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 675-2330
*Attorneys for Amici (Additional
Counsel on Subsequent Page)*

Lee Gelernt
Omar Jadwat
Andre Segura
Spencer Amdur
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Immigrants' Rights Project
125 Broad Street
New York, NY 10004
(212) 549-2500

Cecillia Wang
Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770

Paul J. Lawrence, WSBA No. 13557
Kymberly K. Evanson,
WSBA No. 39973
Alanna E. Peterson,
WSBA No. 46502
PACIFICA LAW GROUP LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700

The American Civil Liberties Union and ACLU of Washington respectfully seek leave to file the attached brief as *amici curiae* in opposition to Appellants' motion for a stay of the Temporary Restraining Order. All parties consent to the filing of this brief. As set forth more fully in the attached brief, *amici* have significant expertise regarding the issues before the Court and a strong interest in the outcome of this motion.

February 6, 2017.

Respectfully submitted,

/s/ Emily Chiang
Emily Chiang, WSBA No. 50517
ACLU OF WASHINGTON
FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, WA 98164
(206) 624-2184
echiang@aclu-wa.org

Lee Gelernt
Omar Jadwat
Andre Segura
Spencer Amdur
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
Immigrants' Rights Project
125 Broad Street
New York, NY 10004
(212) 549-2500

Cecillia Wang
Cody Wofsy
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770

Daniel Mach
Heather L. Weaver
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 675-2330

Paul J. Lawrence, 39973
WSBA No. 13557
Kymberly K. Evanson,
WSBA No. Alanna E. Peterson,
WSBA No. 46502
PACIFICA LAW GROUP LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 245-1700

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2017, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the appellate CM/ECF system. There are no unregistered participants.

/s/ Emily Chiang
Emily Chiang, WSBA No. 50517
Dated: February 6, 2017
