MAYER·BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrown.com

**Andrew J. Pincus**
Direct Tel (202) 263-3220
Direct Fax (202) 263- 5220
apincus@mayerbrown.com

February 6, 2017

BY ELECTRONIC DELIVERY

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:  *Washington v. Trump*, No. 17-35105

Dear Ms. Dwyer,

The companies listed below join the proposed Brief of Technology Companies and Other Businesses as *Amici Curiae* in Support of Appellees (Dkt. No. 19-1), filed February 5, 2017 (starting with number 97, because our filing yesterday inadvertently listed one *amicus* twice):

97. Adobe Systems Incorporated

98. Affirm, Inc.

99. Ampush LLC

100. Brocade Communications Systems, Inc.

101. Bungie, Inc.

102. Casper Sleep Inc.

103. Cavium, Inc.

104. Chegg, Inc.

105. ClassPass Inc.

106. Coursera

107. EquityZen Inc.

108. Evernote

109. Gusto

110. Handy Technologies, Inc.

111. HP Inc.

112. IAC/InterActiveCorp

113. Linden Lab

114. Managed By Q Inc.

115. MobileIron

116. New Relic, Inc.

117. Pandora Media, Inc.

118. Planet Labs Inc.

119. RPX Corporation

120. Shift Technologies, Inc.

121. Slack Technologies, Inc.

122. SpaceX

123. Tesla, Inc.

124. TripAdvisor, Inc.

125. Udacity, Inc.

126. Zendesk, Inc.

127. Zenefits

3

*Amici* provide the corporate disclosures required by Fed. R. App. P. 26.1 and 29(c) in the attached Exhibit A. A copy of this letter will be served on all counsel of record.

Sincerely,

/s/ Andrew J. Pincus

cc: counsel of record

## CERTIFICATE OF SERVICE

I certify that on this 6th day of February 2017, I served the foregoing letter regarding additional *amici curiae* via the Court's ECF system upon all counsel.


Dated: February 6, 2017 /s/ Andrew J. Pincus
Andrew J. Pincus
MAYER BROWN LLP

# EXHIBIT A

## CORPORATE DISCLOSURES FOR *AMICI CURIAE*

97. Adobe Systems Incorporated has no parent corporation and no publicly held corporation owns 10% or more of its stock.

98. Affirm, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

99. Ampush LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

100. Brocade Communications Systems, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

101. Bungie, Inc. has no parent corporation and the following publicly held corporation owns 10% or more of its stock: Microsoft Corporation.

102. Casper Sleep Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

103. Cavium, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

104. Chegg, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

105. ClassPass Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

106. Coursera has no parent corporation and no publicly held corporation owns 10% or more of its stock.

107. EquityZen Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

108. Evernote Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

109. ZenPayroll, Inc., dba Gusto has no parent corporation and no publicly held corporation owns 10% or more of its stock.

110. Handy Technologies, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

111. HP Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

112. IAC/InterActiveCorp has no parent corporation and no publicly held corporation owns 10% or more of its stock.

113. Linden Research, Inc. d/b/a Linden Lab has no parent corporation and no publicly held corporation owns 10% or more of its stock.

114. Managed By Q Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

115. MobileIron, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

116. New Relic, Inc. has no parent corporation and the following publicly held corporation owns 10% or more of its stock: investment funds affiliated with T Rowe Price.

117. Pandora Media, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

118. Planet Labs Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

119. RPX Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

120. Shift Technologies, Inc. ("Shift") has no parent corporation and the following publicly held corporation owns 10% or more of its stock: investment funds affiliated with Goldman Sachs Group Inc.

121. Slack Technologies, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

122. Space Exploration Technologies Corp. has no parent corporation and no publicly held corporation owns 10% or more of its stock

123. Tesla, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

124. TripAdvisor, Inc. has no parent corporation and the following publicly held corporation owns 10% or more of its stock: Liberty TripAdvisor Holdings, Inc.

125. Udacity, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

126. Zendesk, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

127. Zenefits has no parent corporation and no publicly held corporation owns 10% or more of its stock.