**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA, <br><br> Plaintiffs-Appellees, <br><br> STATE OF HAWAII, <br><br> Intervenor-Pending, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; et al., <br><br> Defendants-Appellants. | No. 17-35105 <br><br> D.C. No. 2:17-cv-00141 <br> Western District of Washington, Seattle <br><br> ORDER |

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

The State of Hawaii's emergency motion to intervene (Docket Entry No. 21) is denied for the purposes of this appeal only. The State of Hawaii's motion for leave to file an amicus curiae brief (Docket Entry No. 21) is granted. The State of Hawaii's amicus brief has been filed.

Appellants and appellees shall appear by telephone for oral argument on Tuesday, February 7, 2017 at 3:00 p.m. PST. Each side will be permitted 30 minutes of argument time. Call-in instructions will be provided to the appearing

MOATT

parties. A recording of the oral argument will be made available to the public promptly following the conclusion of oral argument.

All other pending motions will be addressed by separate order.