FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States; et al.,<br><br>    Defendants-Appellants. | No.   17-35105<br><br>D.C. No. 2:17-cv-00141<br>Western District of Washington, Seattle<br><br><br>ORDER |

The oral argument scheduled for Tuesday, February 7, 2017 at 3:00 p.m. PST will be available for live streaming through the court's public website, https://www.ca9.uscourts.gov.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

MOATT