FILED

UNITED STATES COURT OF APPEALS

FEB 09 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF WASHINGTON and STATE OF MINNESOTA,

        Plaintiffs-Appellees,

v.

DONALD J. TRUMP, President of the United States; et al.,

        Defendants-Appellants.

No. 17-35105

D.C. No. 2:17-cv-00141
Western District of Washington, Seattle

ORDER

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

    The motions for leave to file amicus curiae briefs, to file a substitute or amended amicus curiae brief, and for an extension of time to file an amicus curiae brief, are granted (Docket Entry Nos. 19, 20, 22, 24, 26, 43, 49, 53, 55, 58, 62, 65, 66, 68, 69, 76, 79, 82, 87, 90, 91, 103, 113, 132). In light of the filing of a corrected amicus brief, the motions at Docket Entry Nos. 23 and 25 are denied as moot.

    David Golden's motion to intervene is denied (Docket Entry No. 112).

    Any motion for reconsideration or reconsideration en banc of the court's February 9, 2017 order denying the motion for stay is due within 14 days. *See* 9th

MOATT

Cir. R. 27-10(a)(2). If a motion for reconsideration or reconsideration en banc is filed, a response to the motion shall be filed within 7 days after service of the motion. *See* 9th Cir. R. 27-10(b).

The following briefing schedule shall govern this appeal: the opening brief is due March 3, 2017; the answering brief is due March 24, 2017; and the optional reply brief is due March 29, 2017.