

# FATHOM LAW

February 9, 2017

**VIA EMAIL**

United States Court of Appeals for the Ninth Circuit
1010 Fifth Avenue
Seattle, WA 98104

Robert W. Ferguson, Attorney General
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

Lori Swanson Attorney General
Minnesota Office of the Attorney General
445 Minnesota Street, Suite 1100
St. Paul, MN 55101

Noel J. Francisco Acting Solicitor
General Civil Division, Room 7241
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

    **Re: State of Washington & State of Minnesota v. Trump, Case No. 17-35105**
       **Skycatch, Inc.'s Joinder Letter in Lieu of Amicus Brief**

To The Court and Counsel:

On behalf of Skycatch, Inc., ("Skycatch") and pursuant to Circuit Advisory Committee Note to Rule 29-1, we submit this letter to express Skycatch's endorsement of and joinder in the factual assertions and arguments submitted on February 5, 2017 by the Movants in their Motion for Leave to File Brief of Technology Companies and Other Business as Amicus Curiae in Support of Appellees and attached Brief (ECF No. 19).

Skycatch is a company headquartered in San Francisco, California that provides specialized hardware and software solutions to domestic and international clients in a variety of industries, including construction, mining, and energy. Skycatch employees are highly specialized workers

▶▶▶ fathomlaw.com          415.231.5501 // info@fathomlaw.com
                  111 Sutter St. Ste 1975, San Francisco, CA 94104

United States Court of Appeals for the Ninth Circuit
February 9, 2017
Page 2

with unique skillsets who must engage in international travel as part of their essential job functions.

Some of Skycatch's workers, current and future, are or may be non-citizens who legally reside and work in the United States and who are or may be adversely impacted by the Executive Order issued on January 27, 2017, "Protecting the Nation from Foreign Terrorist Entry into the United States.," (the "Executive Order"). Specifically, the Executive Order places Skycatch in the untenable position of violating both the U.S. Constitution and a variety of non-discrimination statutes by examining the country of origin of applicants and considering whether a job applicant will be prohibited from international travel under the Executive Order in its hiring decisions. Additionally, Skycatch joins in the assertion that the effects of the Executive Order are unfair and represent a significant departure from the longstanding values embodied in the US immigration system.

Very truly yours,

FATHOM LAW, PC

_____
Erin Leigh-Dake, Esq.
Attorney for Skycatch, Inc.

9th Circuit Case Number(s) | 17-35105

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Feb 9, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/ Erin-Leigh Dake

*********************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)