FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; et al., <br><br> Defendants-Appellants. | No. 17-35105 <br><br> D.C. No. 2:17-cv-00141 <br> Western District of Washington, Seattle <br><br> ORDER |

**THOMAS**, Chief Judge and En Banc Coordinator:

A judge on this Court has made a *sua sponte* request that a vote be taken as to whether the order issued by the three judge motions panel on February 9, 2017, should be reconsidered en banc. A *sua sponte* en banc call having been made, the parties are instructed to file simultaneous briefs setting forth their respective positions on whether this matter should be reconsidered en banc. The briefs should be filed on or before 11:00 a.m., Pacific time, on Thursday, February 16. The supplemental briefs shall be filed electronically and consist of no more than 14,000 words. *See* General Order 5.4(c)(3).